**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

Civil No 22-135 (JRT/LIB)

IAN LANE,

        Plaintiff,

                                                  **ORDER FOR DISMISSAL**

v.                                                **WITH PREJUDICE**

CENTURY INTERNATIONAL ARMS, INC.,

        Defendant.

_____

Michael A Bryant, **BRADSHAW & BRYANT PLLC,** 1505 Division Street, Waite Park, MN 56387, for plaintiff.

Anthony M Pisciotti, **PISCIOTTILALLISERDREICH,** 30 Columbia Turnpike, Suite 205, Florham Park, NJ 07932, Kevin P Curry, **SOULE & STULL LLC,** 3033 Excelsior Boulevard, Suite 190, Minneapolis, MN 55416, for defendant.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court

retaining jurisdiction for forty-five days to permit any party to move or reopen the action,

for good cause shown, or to submit and file a stipulated form of final judgment, or to seek

enforcement of the settlement terms.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 25, 2024                             ___s/John R. Tunheim___
at Minneapolis, Minnesota                    JOHN R. TUNHEIM
                                       United States District Judge